IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DOREEN TETTEH KWAO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 23-01038 |
| PROFESSIONAL PLACEMENT SERVICE, LLC, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Pending before the Court is the parties' Stipulation of Dismissal with Prejudice. ECF No. 11. The parties jointly stipulate to dismiss Plaintiff's claims against Professional Placement Services, LLC with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs. The parties' Stipulation [11] is GRANTED and the case is DISMISSED with prejudice. The Clerk is DIRECTED to close this case.

ENTERED this 13th day of September 2023.

/s/ Michael M. Mihm
Michael M. Mihm
United States District Judge